

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00196-CV

ANTHONY HEREFORD, APPELLANT

V.

COLAND CONWRIGHT, APPELLEE

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. CC-2025-CV-0414, Honorable Ben Webb, Presiding

October 7, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Anthony Hereford, proceeding pro se, appeals from the trial court's judgment. His brief was due September 3, 2025, but was not filed. By letter of September 10, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by September 22, 2025. To date, he has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam